UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

GEORGE O'DELL

                                          Plaintiff,

      **-v.-**

                                          Civil Action No.
                                          9:13-cv-635 (GLS/ATB)

ERIC T. SCHNEIDERMAN,
et al.

                                          Defendants.
--------------------------------------------------------------------------------

APPEARANCES:                          OF COUNSEL:

**FOR THE PLAINTIFF:**

GEORGE O'DELL
*Pro Se*
197611-405
CNY PC
PO Box 300
Marcy, New York 13403

**FOR THE DEFENDANTS:**

HON. ERIC T. SCHNEIDERMAN     BRUCE J. BOIVIN, ESQ.
Attorney General of the State of     Assistant Attorney General
 State of New York
The Capitol
Albany, New York 12224


GARY L. SHARPE,
CHIEF JUDGE

# **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed May 9, 2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Andrew T. Baxter filed May 9, 2014 (Dkt. No. 24) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that the defendants' motion to dismiss (Dkt. No. 18) is GRANTED, and the complaint is DISMISSED IN ITS ENTIRETY WITH PREJUDICE; and it is further

ORDERED that the Clerk close this case and provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: June 9, 2014
        Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
Chief Judge
U.S. District Court