=======================================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

<u>     NORTHERN     </u> DISTRICT OF <u>     NEW YORK     </u>

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 9:13-cv-635 (GLS/ATB)**

**GEORGE O'DELL**

v.

**ERIC T. SCHNEIDERMAN, et al.**

|   |   |
|---|---|
| <u>          </u> | **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| <u>   X   </u> | **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED, that the Report-Recommendation of Magistrate Judge Andrew T. Baxter filed May 9, 2014 (Dkt. No. 24) is ACCEPTED in its entirety. That the defendants' motion to dismiss (Dkt. No. 18) is GRANTED, and the complaint is DISMISSED IN ITS ENTIRETY WITH PREJUDICE, in accordance with the Order issued by Chief Judge Gary L. Sharpe on June 9, 2014.**

| | |
|---|---|
| <u>  June 9, 2014  </u> | <u>  **LAWRENCE K. BAERMAN**  </u><br>CLERK OF THE COURT |
| | BY:   <u>S/                </u><br>DEPUTY CLERK<br>John Law |